# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO

V.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON",
CURTIS JACKSON A/K/A
CURTIS "50 CENT" JACKSON D/B/A
G-UNIT,
DEFENDANTS

RECEIVED
USDC CLERK, CHARLESTON, SC
2007 SEP 26  A 9: 38

## COMPLAINT
## "O.J. and 50 CENT ARE After Me"
## TRO TEMPORARY RESTRAINING ORDER

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, in fear of Defendants, moves this Honorable Court to Issue a Preliminary Injunction Temporary Restraining order Againsts Defendants and Rapper 50 cents headquarters in Beufort. Plaintiff prays for relief

## 1

Rapper 50 Cent A/K/A Curtis Jackson of G-unit records has a main headquarters in Beufort since 2000. O.J. Simpson, ex NFL Running back is a hired trained hitman for 50 cents.

At this headquarters, 50 cent his hoarding O.J. Simpson's 33.5 million dollar Judgement from the Fred Goldman family, so the Goldman and Browns don't get a penny. I saw this money on March 10, 2007 when I was on the roof of the headquarters spying on 50 cents for rapper Kanye West. I continue to work for Kanye west. Kanye West hired

me on Nov 10, 2002 to be his computer hacker spy and private investigator. Kanye West paid me 35,350 to locate stolen copyrighted material of Mr. West and Jonathan Lee Riches© that 50 cent had at his Beufort headquarters.

## 2

Rapper So cent is going to pay O.J. Simpsons legal defense money on his current criminal case in Las Vegas. This money is from the Civil Judgement of 33.5 million against O.J. Simpson. So cent is also storing O.J. Simpson memorabilia at the headquarters, including O.J's Heisman trophy from USC. when So cent bonds out O.J, O.J. is coming back to Beaufort South carolina to stay.

## 3

O.J. Simpson plans to kill me on 50 cents orders. This is the condition 50cents gave to O.J. simpson in bonding him out of Las vegas Jail. 50 cent is angry with me because I'm suing him for copyright infragement in U.S. District court in Middle District of Georgia. All of So cents lyrics on his new album "Curtis", was written by me while I was sitting at FCI williamsburg. I'm suing So cent in U.S. District court in Albany Georgia because So cent did not pay me for writing his album. So cent is angry I bought a Suit against him, So O.J. Simpson is coming after my life on So cents orders. I'm in Fear, I'm scared, O.J. Simpson is a Dangerous man.

Plaintiff moves this Honorable court for a Restraining order against Defendants in Beufort South carolina not to come up to FCI williamsburg to hurt me.

Jonathan Lee Riches©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590

Respectfully
Submitted

Jonathan Lee Riches