UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jonathan Lee Riches, # 40948-018, | ) | C/A No. 4:07-3238-MBS-WMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Orenthal James Simpson a/k/a O.J. Simpson; and Curtis Jackson a/k/a Curtis 50 Cent Jackson d/b/a/ G-Unit, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a 42 U.S.C. § 1983 civil rights complaint filed by a prisoner. Therefore, in the event that a limitations issue arises, the plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court.) Under Local Rule 73.02(B)(2), pretrial proceedings in this action have been automatically referred to the assigned United States Magistrate Judge.

**TO THE PLAINTIFF:**

This case is not in proper form for evaluation and service at this time. **If plaintiff does not bring this case into proper form within the time permitted by this Order, this case may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.).**

Plaintiff is given **twenty (20) days** from the date this Order is entered (plus three days for mail time pursuant to Fed. R. Civ. P. Rule 6(e)) to:

1) Complete, sign and return the enclosed standard complaint form used in actions brought under 42 U.S.C. § 1983. Briefly state the facts of your claim against the above defendants in the "statement of claims" section, and what relief you request.

2) Pay the filing fee. The payment should be in the amount of $350.00. If possible, the plaintiff should indicate on the check that it (the check) is for payment of the filing fee in Civil Action No. 4:07-3238-MBS-WMC. The check should be made payable to "Clerk, U.S. District Court." If the plaintiff

is unable to pay the filing fee in full, complete, sign and return the Financial Certificate and Form AO 240 referred to below in paragraphs 5 and 6.

3) Complete one summons which lists every defendant named in this matter, *or* complete a separate summons form for each defendant sued. In the space preceded by "TO:," plaintiff is required to provide a full address where the defendant can be served. Plaintiff's name and address should be printed in the section for "PLAINTIFF'S ATTORNEY (name and address)." Nothing else should be written by plaintiff on either the front or back of the summons. Blank forms are attached for plaintiff's use.

4) If the full filing fee is not paid, complete, sign, and return a Form USM-285 for each defendant listed in this case. **Only one defendant's name and service address should appear on each form**. The defendant's name and address should be placed in the spaces preceded by the words "SERVE AT." Plaintiff's name and address should be placed in the space designated "SEND NOTICE OF SERVICE COPY TO . . .", and plaintiff should sign where the form requests "Signature of Attorney or other Originator . . . ." Plaintiff must provide the defendant's complete address on the form. Plaintiff must provide, and is responsible for, information sufficient to identify the defendant(s) on the Form(s) USM-285. The United States Marshal cannot serve a defendant that is not properly identified, and defendants that are not served may be dismissed as parties to this case. Blank forms are attached for plaintiff's use.

5) If the full filing fee is not paid, complete the enclosed Financial Certificate. The Financial Certificate must be signed by you and completed and signed by the appropriate officer having authority to review and calculate financial information in relation to your inmate trust account. After you send the Financial Certificate to the appropriate officer and receive it back with the required information, including a signature, you must return the Financial Certificate to the Office of the Clerk of Court.

6) If the full filing fee is not paid, complete, sign and return the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240).

Plaintiff must place the civil action number listed above (C/A No. 4:07-3238-MBS-WMC) on any document provided to the Court pursuant to this Order. *In the meantime, no process shall issue until the items specified above have been reviewed by the assigned Magistrate Judge*.

**Any future filings in this case must be sent to the address below.** All documents requiring plaintiff's signature shall be signed with his full legal name written in

his own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, plaintiff is directed to use letter-sized paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper.[1]  Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom and sides of each paper submitted.

Plaintiff is a *pro se* litigant.  Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 10768, Greenville, South Carolina, 29603)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you.  If as a result of your failure to comply with this Order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, **your case may be dismissed for violating this Order.**  Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court.  Your failure to do so will not be excused by the Court.
>
> Put this Order with your own record of this case so that you will not overlook your duty.  If an attorney serves you by mail on behalf of a defendant, you also have a duty to notify that attorney if your address is to be changed for mail purposes.
>
> If your address changes in the future, you must provide the Court with your *own* new address.

**TO THE CLERK OF COURT**:

The Clerk of Court shall mail a copy of this Order and the "proper form" documents to the plaintiff.

If plaintiff fails to provide the items specified above to the Clerk of Court within the period prescribed in this Order, the Office of the Clerk of Court shall return the file to the

---

[1] Pursuant to Section 205 of the E-Government Act of 2002, Pub. L. 107-347, December 17, 2002, 116 Stat. 2899, this Court has implemented Electronic Case Filing (ECF).  For this purpose, *pro se* filings are scanned to create electronic docket records.  Therefore, the use of only one side of a sheet of letter-sized paper is required.

assigned United States District Judge to determine if the case should be dismissed.[2] If, however, plaintiff provides this Court with the items specified above, the Office of the Clerk of Court should forward the file to the assigned Magistrate Judge to determine if service of process should be authorized.

The Office of the Clerk of Court shall not enter any change of address submitted by plaintiff which directs that mail be sent to a person other than plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

October 12, 2007
Greenville, South Carolina

**Plaintiff's attention is directed to the important WARNING on the following page.**

---

[2] A dismissal for failure to bring a case into proper form will not be deemed a "strike" for purposes of 28 U.S.C. § 1915(g). *See In Re: Procedures in Actions Filed by Prisoners*, 3:05-mc-5010-17 (D.S.C.).

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE LITIGANTS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

*YOU* ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. *YOU* MUST REMOVE CERTAIN *PERSONAL IDENTIFYING INFORMATION* FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.

Under the Privacy Policy of the Judicial Conference of the United States, *a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court.* This rule applies to **ALL** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or redact the personal identifying information prior to submitting the document to the Office of the Clerk of Court for filing.

1. Types of personal information that **MUST** be removed or redacted from documents before filing:

**(a) Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
**(c) Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
**(d) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
**(e) Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (*e.g.*, verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction:

Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. § 114(s).